CATHERINE L. MANSKE (SBN: 183815)
GORDON & REES LLP
655 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 565-2900
Facsimile: (916) 920-4402

Attorneys for Defendants
ELLIOTT AUTO SUPPLY CO., INC. dba FACTORY MOTOR PARTS CO.
and ROBERT GRAY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Papagni, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>Elliott Auto Supply Co., Inc., a Minnesota Corporation; Factory Motor Parts Co., a Minnesota Corporation; Robert Gray, an individual; and Does 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 1:09-CV-00041-OWW-GSA<br><br>**CERTIFICATION OF INTERESTED PARTIES** |

The undersigned, counsel of record for Elliott Auto Supply Co., Inc., dba Factory Motor Parks Co. (erroneously sued and served as Elliott Auto Supply Co., Inc., a Minnesota Corporation and Factory Motor Parts Co., a Minnesota Corporation) and Robert Gray certify that they are unaware of any other parties that have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

/ / /

/ / /

/ / /

/ / /

Dated: January 9, 2009

GORDON & REES LLP

By: /s/ Catherine L. Manske
Catherine L. Manske
Attorneys for Defendants
ELLIOTT AUTO SUPPLY CO., INC.,
dba FACTORY MOTOR PARTS CO. and
ROBERT GRAY