Robert D. Tookoian No. 194222
Ovidio Oviedo, Jr., No. 210311
LAW OFFICE OF OVIEDO TOOKOIAN, LLP
1100 W. Shaw Avenue, Suite 130
Fresno, CA 93711
Telephone:  (559) 226-6200
Facsimile:  (559) 222-3345

Attorneys for:  John Papagni

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Papagni, an individual, | CASE NO. 1:09-CV-00041-OWW-GSA |
| Plaintiff, | STIPULATION TO DISMISS THE FOURTH CAUSE OF ACTION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, AND ROBERT GRAY AND WITHOUT PREJUDICE |
| v. | |
| Elliott Auto Supply Co., Inc., a Minnesota Corporation; Factory Motor Parts Co., a Minnesota Corporation, Robert Gray, an individual; and Does 1 through 10, inclusive. | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the Fourth Cause of Action for Intentional Infliction of Emotional Distress and Mr. Robert Gray, an individual, are hereby dismissed without prejudice. Neither party is to be responsible to the other party for any costs or fees regarding this stipulation. Plaintiff shall not be responsible for any costs or fees associated with defendants' 12(b)(6) Motion to Strike, filed with the Court on or about January 9, 2009.

The undersigned respectfully request that the Court approve this order.

By:    /s/ Robert D. Tookoian                          Dated: February 3, 2009

LAW OFFICE OF
OVIEDO TOOKOIAN, LLP
1100 W. Shaw Ave., Ste. 130
Fresno, CA 93711

CASE NO. 1:09-CV-00041-OWW-GSA
Stipulation to Dismiss

1

Robert D. Tookoian,
Attorney for Plaintiff

2

3

4

By:    /s/ Catherine L. Manske                                    Dated: January 30 , 2009

5

Catherine L. Manske
Attorney for Defendants

6

7

8

9

10                                          IT IS SO ORDERED.

11  **Dated:    February 5, 2009**                    _____/s/ Oliver W. Wanger_____

12                                          UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICE OF
OVIEDO TOOKOIAN, LLP
1100 W. Shaw Ave., Ste. 130
Fresno, CA 93711

2

CASE NO. 1:09-CV-00041-OWW-GSA
Stipulation to Dismiss