1  Robert D. Tookoian No. 194222
   Ovidio Oviedo, Jr., No. 210311
2  LAW OFFICE OF OVIEDO TOOKOIAN, LLP
   1100 W. Shaw Avenue, Suite 130
3  Fresno, CA 93711
   Telephone: (559) 226-6200
4  Facsimile: (559) 222-3345

5      Attorneys for: John Papagni

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Papagni, an individual, | CASE NO. 1:09-CV-00041-OWW-GSA |
| Plaintiff, | STIPULATION OF DISMISSAL |
| v. | |
| Elliott Auto Supply Co., Inc., a Minnesota Corporation et al., | Trial Date: 8/31/10<br>Time: 9 a.m.<br>Courtroom: 3<br>Judge: Wanger |
| Defendants. | |

17    IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). Neither party is to be responsible to the other party for any costs or fees regarding this stipulation or underlying case.

/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /

LAW OFFICE OF
OVIEDO TOOKOIAN, LLP
1100 W. Shaw Ave., Ste. 130
Fresno, CA 93711

CASE NO. 1:09-CV-00041-OWW-GSA
STIPULATION OF DISMISSAL

The undersigned respectfully request that the Court approve this order.

Dated: March 29, 2010					By: /s/ Robert D. Tookoian
							Robert D. Tookoian,
							Attorney for Plaintiff above-named.

Dated: March 29, 2010					By: /s/ Catherine Manske
							Catherine Manske Attorney for Defendant
							Elliott Auto Supply, Inc.

IT IS SO ORDERED.

**Dated:   April 1, 2010**				     /s/ Oliver W. Wanger
							UNITED STATES DISTRICT JUDGE

OVIEDO TOOKOIAN, LLP
1100 W. Shaw Ave., Ste. 130
Fresno, CA 93711

2

CASE NO. 1:09-CV-00041-OWW-GSA
STIPULATION OF DISMISSAL